IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER **17-mj-7015** |
| | ) | |
| ADRIANNA C. FRYE-WILLIAMSON | ) | |
| | ) | Title 18, United States Code |
| | ) | Section 2113(a) |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Daniel D. Cook, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### BANK ROBBERY

On or about January 20, 2017, in Madison County, Illinois, within the Southern District of Illinois,

**ADRIANNA C. FRYE-WILLIAMSON,**

defendant herein, by force, violence, and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of National Bank, a bank whose accounts of which are insured by the Federal Deposit Insurance Corporation. All in violation of Title 18, United States Code, Section 2113(a).

### COUNT 2

### BANK ROBBERY

On or about February 09, 2017, in Madison County, Illinois, within the Southern District of Illinois,

**ADRIANNA C. FRYE-WILLIAMSON,**

defendant herein, by force, violence, and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of U.S. Bank, a bank whose accounts of which are insured by the Federal Deposit Insurance Corporation. All in violation of Title 18, United States Code, Section 2113(a).

## AFFIDAVIT

Your affiant, Daniel D. Cook, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for seven years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has six years prior Federal law enforcement experience as a United States Postal Inspector and six years prior state law enforcement experience as a municipal Police Officer for the City of Lincoln, Nebraska. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your affiant states as follows:

1) On January 12, 2017, an adult white female wearing a gray pea coat, gray knit stocking cap, and dark aviator style sunglasses entered an Illini Bank in Springfield, Illinois. The adult white female wearing the gray pea coat approached a bank teller, presented a note to the bank teller which indicated she had a bomb, and demanded money in large denominations. The bank teller complied and gave the adult white female wearing the gray pea coat United States currency from a teller drawer. The adult white female wearing the gray pea coat exited the bank with the United States currency. A total of $1200.00 was stolen in the Illini Bank robbery. Illini

Bank is insured by the Federal Deposit Insurance Corporation (FDIC).

2) On January 20, 2017, an adult white female wearing a gray hooded sweatshirt and dark aviator style sunglasses entered National Bank in Edwardsville, Illinois. The adult white female wearing the gray hooded sweatshirt approached a bank teller and presented a note that said, "This is a robbery. I have a gun – BIG BILLS ONLY." The bank teller complied and gave the adult white female wearing the gray hooded sweatshirt United States currency from a teller drawer. The adult white female wearing the gray hooded sweatshirt exited the bank with the United States currency. The demand note presented by the adult white female wearing the gray hooded sweatshirt was recovered by law enforcement officers at the bank. Based on reviewing bank surveillance video, law enforcement officers believed the same adult white female who robbed the National Bank in Edwardsville, Illinois was the same adult white female who robbed the Illini Bank in Springfield, Illinois. A total of $4200.00 was stolen in the National Bank robbery. National Bank is insured by the FDIC.

3) On February 9, 2017, at approximately 2:15p.m., an adult white female wearing a light colored baseball cap and multicolored pull over type jacket entered a U.S. Bank in Glen Carbon, Illinois. The adult white female wearing the light colored baseball cap approached a bank teller and presented a note that said this is a robbery I have a gun. The bank teller complied and gave the adult white female wearing the light colored baseball cap United States currency from a teller drawer. The adult white female wearing the light colored baseball cap exited the bank with the United States currency. Based on reviewing bank surveillance video, law enforcement officers believed the same adult white female who robbed the U.S. Bank in Glen Carbon, Illinois was the same adult white female who robbed the National Bank in Edwardsville, Illinois and the Illini Bank in Springfield, Illinois. A total of $1176.00 was stolen in the U.S. Bank robbery. U.S. Bank

is insured by the FDIC.

4) Based on what a customer witness told law enforcement officers, and in reviewing U.S. Bank surveillance video, law enforcement officers believed the adult white female wearing the light colored baseball cap who robbed the U.S. Bank rode away from the bank on a bicycle after committing the robbery. During a search of the area around the U.S. Bank after the robbery, law enforcement officers found an abandoned bicycle approximately 100 – 150 yards away from the bank in a residential neighborhood. Law enforcement officers discovered a "Pawn King" sales tag on the ground near the bicycle. Using a law enforcement database, law enforcement officers ran the serial number on the bicycle and discovered the bicycle had been previously pawned at Pawn King in Springfield, Illinois.

5) Law enforcement officers contacted Pawn King in Springfield, Illinois and spoke with the owner of Pawn King. The owner told law enforcement officers that the bicycle was purchased on February 9, 2017, at approximately 12:29p.m. The owner provided to law enforcement officers the name of Adrianna Frye-Williamson as the female who purchased the bicycle. The owner provided video surveillance photographs to law enforcement officers of the female who purchased the bicycle. In reviewing the video surveillance photographs provided by Pawn King, the white female who purchased the bicycle appeared to be the same adult white female who robbed the U.S. Bank in Glen Carbon, Illinois. Additionally, law enforcement officers noticed the female who purchased the bicycle at Pawn King was wearing what appeared to be a gray pea coat at the time she purchased the bicycle.

6) Using open source and law enforcement computer databases, law enforcement officers found photographs of an adult white female named Adrianna Chanel Frye-Williamson, date of birth of 07/28/XXXX, that appeared to be the adult white female who robbed the U.S.

Bank in Glen Carbon, Illinois.

7) On February 10, 2017, law enforcement officers located a known address for Frye-Williamson in Springfield, Illinois. Law enforcement officers conducted surveillance and observed who they believed to by Frye-Williamson leave the residence and drive away in a car. Law enforcement officers contacted Frye-Williamson in a parking lot. Standing outside the car, law enforcement officers observed in plain view, a gray pea coat and dark aviator style sunglasses inside the car. Law enforcement officers asked Frye-Williamson for consent to search the car. Frye-Williamson gave law enforcement officers verbal consent to search the car. Inside the car, law enforcement officers found a multicolored pull over type jacket and a light colored baseball cap that appeared to be the same as worn by the adult white female who robbed the Glen Carbon U.S. Bank on February 9, 2017. Law enforcement officers found a handwritten note inside the car that said, "This is a robbery I have a gun"

8) Frye-Williamson was transported to the Springfield Illinois Police Department and placed in an audio and video recorded interview room. Your affiant and a Glen Carbon Police Department detective made contact with Frye-Williamson. Your affiant identified himself to Frye-Williamson as a FBI Special Agent. Prior to asking Frye-Williamson any investigative questions, Frye-Williamson was advised of her Miranda rights using a FBI Advice of Rights form. Frye-Williamson signed the FBI Advice of Rights form and agreed to speak with your affiant and the Glen Carbon Police Department detective.

9) During the interview, Frye-Williamson admitted to purchasing a bicycle from Pawn King in Springfield, Illinois on February 9, 2017. Frye-Williamson admitted to entering the U.S. Bank in Glen Carbon, Illinois on February 9, 2017, presenting a demand note to a bank teller, and robbing the bank. Frye-Williamson stated she rode away from the U.S. Bank on a

bicycle after committing the robbery and abandoning the bicycle before getting into a car and driving away.

10) Frye-Williamson admitted to robbing the National Bank in Edwardsville, Illinois and the Illini Bank in Springfield, Illinois. Your affiant showed Frye-Williamson bank surveillance video photographs from the U.S. Bank, National Bank, and Illini Bank robberies which she looked at and identified herself as the bank robber. Your affiant showed Frye-Williamson a photograph of the recovered bank robbery demand note recovered from the National Bank robbery which she looked at and identified as the demand note that she wrote and presented to the bank teller.

11) Frye-Williamson told your affiant she began robbing banks in January 2017 for financial reasons. Frye-Williamson wanted money for herself to maintain a lifestyle and to help her mother financially. Frye-Williamson said she had a friend who worked at a bank who told her banks are insured and banks have policies to not resist and comply with the demands of bank robbers. Frye-Williamson denied having a firearm, or any weapons, with her when she committed the bank robberies. Frye-Williamson said she did not want to hurt anybody.

12) The Springfield Illinois Police Department obtained a state search warrant to search Frye-Williamson's residence in Springfield, Illinois. Found inside the residence was a gray pea coat, approximately $600.00 in United States currency, a purse and boots. While at Frye-Williamson's residence, law enforcement officers obtained written consent to search a black Chevrolet Impala belonging to Frye-Williamson and found inside the car was a gray knit stocking cap believed to be the stocking cap worn by Frye-Williamson during the commission of the Illini Bank robbery on January 12, 2017.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
DANIEL D. COOK,
Special Agent, Federal Bureau of Investigation

State of Illinois )
) SS.
County of Madison )

Sworn to before me and subscribed in my presence on the 11th day of February 2017, at East St. Louis, Illinois.

*[signature]* Magistrate Judge
Stephen C. Williams

DONALD S. BOYCE
United States Attorney

Ali Summers
Assistant United States Attorney